The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff<br><br>     v.<br><br>ANA PACHECO,<br><br>     Defendant. | NO.  CR20-0217-JCC-12<br><br>[~~PROPOSED~~]<br>ORDER GRANTING UNITED STATES'<br>MOTION REQUESTING COPIES OF<br>DOCUMENTS FILED UNDER SEAL<br>(Dkt. No. 800) & FOR AN EXTENSION<br>OF TIME TO FILE ITS RESPONSE |

The Court, having reviewed the Motion of the United States Requesting Copies of Documents Filed Under Seal (Dkt. No. 800) and for an extension of time to file a response, hereby states:

IT IS HEREBY ORDERED that the Motions are GRANTED.

The Clerk of the Court is HEREBY ORDERED to email a copy of the sealed documents at Docket No. 800 to Assistant United States Attorney Amy Jaquette at amy.jaquette@usdoj.gov.

//

//

//

//

ORDER GRANTING UNITED STATES MOTION REQUESTING COPIES OF
DOCUMENTS FILED UNDER SEAL (Dkt. No 800) AND FOR AN EXTENSION
OF TIME TO FILE A RESPONSE - 1
*United States v. Pacheco,* CR20-217 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(2060 553-7970

IT IS HEREBY FURTHER ORDERED that the United States has until June 16, 2026, to file a response. Defendant's reply brief is due July 3, 2026.

DATED this 6th day of May, 2026.

_John C Coughenour_

_____
JOHN C. COUGHENOUR
United States District Court Judge

Presented by:

/s/ Amy Jaquette
AMY JAQUETTE
Assistant United States Attorney

ORDER GRANTING UNITED STATES MOTION REQUESTING COPIES OF
DOCUMENTS FILED UNDER SEAL (Dkt. No 800) AND FOR AN EXTENSION
OF TIME TO FILE A RESPONSE - 2
*United States v. Pacheco,* CR20-217 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(2060 553-7970